United States Courts
Southern District of Texas
FILED

July 30, 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § NO. | **4:25-cr-405** |
| DIVRON MARSHALL, § § A.K.A. "Eric Julian" § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 25, 2023, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

DIVRON MARSHALL,

did knowingly possess a machinegun, that is, thirty-one (31) switch type machinegun conversion devices/components, which were designed and intended for use in converting ten Glock pistols into ten machineguns.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE
(18 U.S.C.§ 924(d)(1))

Pursuant to Title 18, United States Code, Section 924(d)(1), the United States of America gives notice to the defendant,

DIVRON MARSHALL,

that, upon conviction for a violation of Title 18, United States Code, Section 922(o), as

charged in Count ONE of the Indictment, as any firearm or ammunition involved in or used in any willful violation of any other provision of this chapter or any rule or regulation promulgated thereunder, that is subsection (o) of section 922, is subject to forfeiture to the United States.

PROPERTY SUBJECT TO FORFEITURE

The property to be forfeited includes, but is not limited to, the following:

*Thirty-one (31) machineguns, that is, 31 three-piece switch type machinegun conversion device components, which combination of parts was designed and intended for use in converting 31 Glock pistols into 31 machineguns.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: *Shelley J. Sullivan*
SHELLEY J. SULLIVAN
Assistant United States Attorney